**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:04CR170 |
| vs. | ) | |
| | ) | ORDER |
| KORBIN BROWN, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion [59] of Kimberly E. Novak leave to withdraw as counsel for the defendant due to counsel moving out of the state of Nebraska. For that reason, the motion will be granted and Kimberly E. Novak shall be deemed withdrawn as attorney of record.

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney of Record [59] is granted, and the appearance of Kimberly E. Novak is hereby deemed withdrawn.

2. The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter.

**DATED July 7, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**